IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOE BEN CONLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-571-WKW |
| | ) | [WO] |
| MIKE SCHMITZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 27, 2018, the Magistrate Judge filed a Recommendation (Doc. # 11) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 11) is ADOPTED;

2. Plaintiff's challenges to the validity of his 2017 drug possession conviction entered against him by the Circuit Court for Houston County are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims are not properly before the court at this time;

3. Plaintiff's *respondeat superior* claim against Defendants Mike Schmitz, Mike West, Steve Parrish, and Ray Mock are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Plaintiff's state law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3);

5. This case is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A final judgment will be entered separately.

DONE this 9th day of April, 2018.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE